**ADAMS v. STATE.**

No. 25578.

Court of Criminal Appeals of Texas.

Dec. 19, 1951.

Rehearing Denied Jan. 9, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully selling intoxicating liquor in a dry area; the penalty assessed is a fine of $100.

The transcript before us contains no notice of appeal, in the absence of which this court is without authority to consider the appeal. It is therefore dismissed.